1  JULIE M. MCCOY, Bar no. 129640
   1670 SANTA ANA AVE., SUITE "K"
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    | No. CV A 10-2828
11 |              Plaintiff,       |
12 |      vs.                      | CONSENT JUDGMENT
13 | AMOS ADAMS,                   |
14 |              Defendant        |

16    Pursuant to the above stipulation of the parties,
17 Judgment is hereby entered in favor of Plaintiff, UNITED
18 STATES OF AMERICA, against Defendant, Amos Adams, in the
19 principal amount of $2,768.53 plus interest accrued to April
20 6, 2010, in the sum of $4,671.67; with interest accruing
21 thereafter at 8% annually until entry of judgment, for a
22 total amount of $7,440.20.

25 DATED: 7/26/2010        By: _Jerry Najur_____
                                Clerk of the Court

                           _____
                                Deputy Clerk
                           United States District Court

Page 5